CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2011 DEC 12 AM 11: 36

DEPUTY CLERK_____

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

| | | |
|---|---|---|
| PEGGY LANDERS, | § | |
| Plaintiff | § § § | CIVIL ACTION NO. 2:11-CV-00142-J |
| VS. | § § | |
| CRED X DEBT RECOVERY, LLC | § § | |
| Defendant | § § | |

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

This case comes before the Court on Plaintiff's Motion to Dismiss With Prejudice. The Court, having reviewed the pleadings, is of the opinion that the motion has merit and should be granted.

IT IS ORDERED, ADJUDGED AND DECREED that all of Plaintiff's causes of action against Defendant Cred X Debt Recovery, LLC are hereby dismissed with prejudice as to the refiling of same. Each party shall bear their own attorney's fees, expenses, and court costs. All relief not specifically granted herein is denied.

Signed this 12th day of December 2011.

_____
JUDGE PRESIDING